JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-Mail: Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>TROY PIERRE MCDONALD,<br>    Defendant. | Misc. No. 08-70506 WDB<br><br>NOTICE OF ORDER STAYING RELEASE OF DEFENDANT AND ORDERING REMOVAL TO EASTERN DISTRICT OF MISSOURI |

1

1 |     Please take notice that the Honorable E. Richard Webber, United States District Judge, Eastern District of Missouri, has issued an order staying the release of defendant and ordering him removed to the Eastern District of Missouri for a detention hearing. The order is attached.

Respectfully Submitted,        JOSEPH P. RUSSONIELLO
                                                                     United States Attorney

Dated: August 11, 2008             /s/
                                                       GARTH HIRE
                                                       Assistant United States Attorney

# ATTACHMENT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO: 4:08CR405CDP(FRB) |
| ) | |
| TROY PIERRE McDONALD, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The motion of the United States for revocation of the order of release of defendant Troy Pierre McDonald is granted. The order of Magistrate Judge Wayne D. Brazil is stayed pending a detention hearing in the Eastern District of Missouri. The United States Marshal is ordered to remove the defendant from the Northern District of California to the Eastern District of Missouri, forthwith, to appear before the Honorable Catherine D. Perry, United States District Court Judge.

So ordered,

E. Richard Webber
United States District Court Judge
Eastern District of Missouri