| DOCUMENTS UNDER SEAL ☐ | *AMENDED* | DOCUMENT NUMBER: | | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>LISA R. CLARK | REPORTER/FTR<br>10:42:10-11:17:23 | | |
| MAGISTRATE JUDGE<br>WAYNE D. BRAZIL | DATE<br>8/8/08 | | NEW CASE ☐ | CASE NUMBER<br>4-08-70506 WDB |

### APPEARANCES

| DEFENDANT<br>TROY PIERRE MCDONALD | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>NED SMOCK | PD. [x] RET. ☐<br>APPT. [x] |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>GARTH HIRE | INTERPRETER | | [x] FIN. AFFT<br>SUBMITTED | [x] COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>HENCE WILLIAMS | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND SIGNING | ☐ IA REV PROB. or S/R | ☐ BAIL REVIEW |
| [x] DETENTION HRG | [x] ID/REMOVAL HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ SUP REL HRG |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | [x] ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 300,000.00 | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: [x] |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>8/15/08 | ☐ I.D. COUNSEL | [x] BOND SIGNING | ☐ STATUS RE: CONSENT | [x] STATUS/TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>WDB | ☐ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

DEFENDANT RELEASEED TO HALFWAY HOUSE WITH 3 UNSECURED BONDS OF $300,000 AND ONE SECURED BOND OF $300,000; ORDER OF RELEASED STAYED UNTIL 8/11/08 AT 5:00 PM PENDING US ATTORNEY IN ST. LOUIS FILING AN APPEAL TO THE DISTRICT COURT THERE; DEFENDANT WAIVED IDENTITY HEARING

CC: IVY