AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

**FILED AUG 13 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

*Received U.S. Marshal — 2008 AUG 13 PM 3:32 — Northern District of California - Oakland*

UNITED STATES OF AMERICA
v.
TROY PIERRE MCDONALD

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70506-WDB | 4:08CR00405 CDP | 4-08-70506-WDB | 4:08CR00405 CDP |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
[X] Indictment  [ ] Information  [ ] Complaint  [ ] Other (specify)

**charging a violation of** Title 21 U.S.C. § 846, 841(b)(1)(A)(i) and
Title 21 U.S.C. Sec. 853(p)

**DISTRICT OF OFFENSE**
United States District Court, Eastern District of Missouri, St. Louis

**DESCRIPTION OF CHARGES:**
Count 1: Conspiracy to Distribute and Possess with Intent to Distribute over One Kilogram of Heroin
Count 10: Forfeiture Count

**CURRENT BOND STATUS:**
[ ] Bail Fixed at _____ and conditions were not met
[ ] Government moved for detention and defendant detained after hearing in District of Arrest
[X] Government moved for detention and defendant detained pending detention hearing in District of Offense
[X] Other (specify) On 8/8/08, the deft. waived his Identity/Removal Hrg. in the District of Arrest. District Judge E. Richard Webber ordered that Mag. Judge Brazil's Order of release of deft. is STAYED pending a Detention Hrg. in the District of Arrest & ordered that deft. be removed forthwith to the Eastern Dist. of Missouri.

**Representation:** [ ] Retained Own Counsel  [X] Federal Defender Organization  [ ] CJA Attorney  [ ] None

**Interpreter Required?** [X] No  [ ] Yes  Language: _____

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

8/13/08   /s/ Wayne D. Brazil
Date     United States Magistrate Judge WAYNE D. BRAZIL

*w/ cc: 2 certified copies to Marshal, WDB's stats, pretrial, copies to parties via ECF*

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |