AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN    **District of**    CALIFORNIA, OAKLAND DIVISION

**FILED**

UNITED STATES OF AMERICA

AUG 1 3 2008

V.

TROY PIERRE MCDONALD

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70506-WDB | 4:08CR00405 CDP | 4-08-70506-WDB | 4:08CR00405 CDP |

### CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

XXXIndictment    ☐Information    ☐Complaint    ☐Other (specify)

charging a violation of Title 21    U.S.C. § 846, 841(b)(1)(A)(i) and
Title 21    U.S.C. Sec. 853(p)

### DISTRICT OF OFFENSE
United States District Court, Eastern District of Missouri, St. Louis

### DESCRIPTION OF CHARGES:

Count 1:  Conspiracy to Distribute and Possess with Intent to Distribute over
One Kilogram of Heroin

Count 10:  Forfeiture Count

### CURRENT BOND STATUS:

☐Bail Fixed at                          and conditions were not met
☐Government moved for detention and defendant detained after hearing in District of Arrest
XXXGovernment moved for detention and defendant detained pending detention hearing in District of Offense
XXOther (specify) On 8/8/08, the deft. waived his Identity/Removal Hrg. in the District
Brazil's Order of release of deft. is STAYED pending a Detention Hrg. in the District
of Arrest & ordered that deft. be removed forthwith to the Eastern Dist. of Missouri.

**Representation:**  ☐Retained Own Counsel    XX Federal Defender Organization    ☐CJA Attorney    ☐None

**Interpreter Required?**    XX No    ☐ Yes    Language:

NORTHERN    DISTRICT OF CALIFORNIA, OAKLAND DIVISION

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport
that defendant with a certified copy of this commitment forthwith to the district of offense as
specified above and there deliver the defendant to the United States Marshal for that District
or to some other officer authorized to receive the defendant.

8/13/08
Date

Wayne D. Brazil
United States Judge or Magistrate Judge WAYNE D. BRAZIL

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

W cc: 2 certified copies to Marshal WDBs State & pretrial, copies to pretrial via ECF